AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

FELIX PARRA-GASTELOM and
JOSE LUIS ARELLANO

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 04-M-274-JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October through November 2004__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire to distribute, and to possess with intent to distribute, marijuana, a Schedule I controlled substance

in violation of Title __21__ United States Code, Section(s) __§846 and 21 U.S.C. §841(a)(1)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

See Affidavit of Special Agent Kristin Rosenbeck, attached hereto and incorporated herein by reference.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_K n_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

11-18-2004                          at                          Boston, MA
Date                                                            City and State

Joyce London Alexander
United States Magistrate Judge                                  _Joyce London Alexander_
Name & Title of Judicial Officer                                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

Place of Offense: Billerica    Category No. II    Investigating Agency ICE

City  Billerica    Related Case Information:

County Middlesex    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New   X
Magistrate Judge Case Number  04-M-248 JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  FELIX PARRA-GASTELOM    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1962   SSN (last 4 #): ____   Sex ____   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nancy Rue    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty ____   ☐ Misdemeanor ____   ☒ 1 Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    FELIX PARRA-GASTELOM

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with to distbute marijuana, a Schedule 1 controlled substance | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

Place of Offense: __Billerica__    Category No. __II__    Investigating Agency __ICE__

City __Billerica__    Related Case Information:

County __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New __X__
Magistrate Judge Case Number __04-M-248 JLA__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE LUIS ARELLANO__    Juvenile ☐ Yes [x] No

Alias Name _____

Address _____

Birth date (Year only): __1955__ SSN (last 4 #): __8189__ Sex ___ Race: __Hispanic__ Nationality: __Mexican__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__    Bar Number if applicable _____

Interpreter: [x] Yes ☐ No    List language and/or dialect: _____

Matter to be SEALED: [x] Yes ☐ No

[x] Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: [x] Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ [1] Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JOSE LUIS ARELLANO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with to distbute marijuana, a Schedule 1 controlled substance | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:**