UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-00274-JLA |
| ) | |
| FELIX PARRA-GASTELOM, et al. ) | |
| Defendants ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the all paperwork related to the instant matter until further order of this court. As grounds for this motion, the government states that the defendants have not yet been arrested, and therefore public disclosure of these materials might jeopardize the government's ability to arrest the defendants as well as the ongoing investigation of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

12/10/04 /s/ _____, M.J. Allowed