**U. S. MAGISTRATE JUDGE MEMORANDUM**
**1300 Victoria, Rm. 2265**
**P. O. Box 1241**
**Laredo, Texas 78042-1241**

**To:**      Tony Anastas
             2300 Unitd States Courthouse
             One Courthouse Way
             Boston, MA 02210-3002

**From:**    Marcel C. Notzon
             United States Magistrate Judge

**Date:**    December 22, 2004

**Subject:** Case No. MJ 04-M274-JLA-02
             (Laredo Misc. Case No. L-04-10698M-02)
             U.S.A. VS. JOSE LUIS ARELLANO

======================================================

Enclosed are the following documents reference the above case:

1. Returned/Executed Warrant for Arrest.

2. Courtroom Minutes. Re: Initial Appearance.

3. Appointment and Authority to Pay Court Appointed Counsel.

2. Courtroom Minutes. Re: Identity/Removal/Detention Hearing.

3. Waiver of Rule 40 Hearings.

4. Certified copy of Commitment to Another District.

Note: Please appoint counsel.
      Hearings to be set in your division.