SCANNED

DATE: 1/26/05

BY: K.S.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 JAN 25 P 12: 4!

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 04-M-274-JLA |
| | ) |
| FELIX PARRA-GASTELOM | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-referenced matter on behalf of defendant Felix Parra-Gastelom.

Dated: January 25, 2005

Peter B. Krupp
BBO #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel. (617) 367-1970

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 1/25/05

\# AUSA Nancy Rue