SCANNED

DATE: 1/26/05

BY: KS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 04-M-274-JLA |
| | ) | |
| FELIX PARRA-GASTELOM | ) | |

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

### MOTION FOR ADMISSION *PRO HAC VICE* OF ALEX R. KESSEL

Pursuant to Local Rule 83.5.3(b), I, Peter B. Krupp, counsel for defendant, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of Alex R. Kessel, a member of the Bar of the State of California. An affidavit of Alex Kessel in support of this motion is being filed herewith.

Dated: January 25, 2005

Peter B. Krupp
BBO #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. (617) 367-1970

Attorney for defendant
Felix Parra-Gastelom

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 1/25/05

AUSA Nancy Rue