SCANNED
DATE: 1/26/05
BY: K.S.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 25 P 12: 4[?]
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 04-M-274-JLA |
| | ) |
| FELIX PARRA-GASTELOM | ) |

### NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-referenced matter on behalf of defendant Felix Parra-Gastelom.

Dated: January 25, 2005

*Peter B. Krupp*
Peter B. Krupp
BBO #548112
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
Tel. (617) 367-1970

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 1/25/05

*Peter B. Krupp*

* AUSA Nancy Rue

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

UNITED STATES OF AMERICA )
)
v. ) Case No.: 04-M-274-JLA
)
FELIX PARRA-GASTELOM )

2005 JAN 25 P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR ADMISSION *PRO HAC VICE* OF ALEX KESSEL

I, Alex R. Kessel, hereby state as follows:

1. I am an attorney in the State of California. My office address is Law Office of Alex R. Kessel, 16000 Ventura Boulevard, Suite 1208, Encino, CA 91436. I am an attorney for defendant Felix Parra-Gastelom in this case. I am familiar with the facts and proceedings of this action. I have been a federal practitioner since 1989. I make this affidavit in support of the motion to admit me *pro hac vice* in this matter.

2. I am admitted to, and a member in good standing in, the Bar of the State of California. Since 1983 I have been a member in good standing and admitted to practice in the United States District Court for the Central District of California. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I have previously been admitted *pro hac vice* to practice before the United States District Courts for the Districts of :

Courts:

USDC - California,
Eastern District
USDC - California,
Northern District
USDC - Kansas

1

District of Kansas, Topeka Division (Date of admission 2002)
USDC - Georgia (Date of admission 1999)
USDC - Hawaii, District of Hawaii (Date of admission 1998)
USDC - Michigan, Western District (Date of admission 1999)
USDC - Texas, Northern District of Texas, Dallas Division, (Date of admission 1995)
USDC - New York, Eastern District, (Date of admission 2001)

4. I am fully familiar with the facts and circumstances of this matter and have been retained by Mr. Parra-Gastelom to represent him in this case. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I have retained the services of Peter B. Krupp of Lurie & Krupp, LLP, One McKinley Square, Boston, Massachusetts 02109, to act as local counsel during the pendency of the instant case.

I declare under penalty of perjury that the foregoing is true and correct this 18th day of January, 2005.

Alex R. Kessel

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail, on: 1/25/05

*AUSA Nancy Rue

2